```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
USA

                                              ,
                          Plaintiff(s),

**CALENDAR NOTICE**

v.

24 MJ 1616 (VB)

D. Morel-Genao

                                              ,
                          Defendant(s).
------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that the above-captioned case has been scheduled/ ~~re-scheduled~~ for:

| | |
|---|---|
| ___ Status conference | ___ Final pretrial conference |
| ___ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| ___ Settlement conference | ___ Suppression hearing |
| ___ Oral argument | X  Plea hearing |
| ___ Bench ruling on motion | ___ Sentencing |

on  3/21, 2025, at 9:45 a.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  ~~Adjourned from~~ _____.

      **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 3-13, 2025
      White Plains, NY

SO ORDERED

*/s/ Vincent L. Briccetti*
Vincent L. Briccetti
United States District Judge